NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Plaintiff, *v.* MASHAN REALTY
CORP., Appellant, Impleaded with Others, Defendants.
JOHN J. FERRARA, Receiver, Respondent.

PER CURIAM. Since the extent of the receiver's services and the value and
propriety of the repairs are strongly controverted by affidavit, we think the Special
Term, in the exercise of discretion, should have referred the matter to an official
referee to hear and report.

The order should be modified accordingly.

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Order unanimously modified by referring the matter to an official referee to hear and report. Settle order on notice.